UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMONTE BROWN,<br><br>                              Plaintiff,<br><br>             -against-<br><br>BOARD OF DIRECTORS, THE DOOR NYC,<br><br>                              Defendant. | 22-CV-2646 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 16, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 16, 2022
            New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge